# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | United Parcel Service | 11/25/2022 | 266343 | Check | $ 31,284.12 |
| Akorn Operating Company, LLC | United Parcel Service | 12/8/2022 | 266484 | Check | $ 67,139.58 |
| Akorn Operating Company, LLC | United Parcel Service | 12/16/2022 | 266618 | Check | $ 53,671.12 |
| Akorn Operating Company, LLC | United Parcel Service | 1/3/2023 | 266842 | Check | $ 94,490.33 |
| Akorn Operating Company, LLC | United Parcel Service | 1/6/2023 | 266889 | Check | $ 28,127.78 |
| Akorn Operating Company, LLC | United Parcel Service | 1/6/2023 | 266957 | Check | $ 72,151.02 |
| Akorn Operating Company, LLC | United Parcel Service | 1/12/2023 | 267039 | Check | $ 33,684.72 |
| Akorn Operating Company, LLC | United Parcel Service | 1/19/2023 | 267086 | Check | $ 20,923.72 |
| Akorn Operating Company, LLC | United Parcel Service | 2/2/2023 | 267145 | Check | $ 23,523.19 |
| Akorn Operating Company, LLC | United Parcel Service | 2/8/2023 | 267320 | Check | $ 24,869.18 |
| Akorn Operating Company, LLC | United Parcel Service | 2/13/2023 | 267376 | Check | $ 21,534.96 |
| | | | | | $ 471,399.72 |